Slip Op 07 - 68

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FORMER EMPLOYEES OF CABOT SUPERMETALS | |
| Plaintiffs, | **Before: MUSGRAVE, JUDGE** |
| v. | Court No. 05-00674 |
| UNITED STATES DEPARTMENT OF LABOR | |
| Defendant. | |

**JUDGMENT**

This court, having issued an Order on March 27, 2007, requiring the plaintiffs to show cause why this action should not be dismissed for lack of prosecution; and with no response from the plaintiffs having been received by the Court, it is hereby

**ORDERED** pursuant to Rule 41(b)(3) of the Rules of this Court that this action be, and it hereby is, dismissed for lack of prosecution.

       /s/  R. Kenton Musgrave
       R. KENTON MUSGRAVE, JUDGE

Dated: May 9, 2007
       New York, New York

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: _____     By: _____
                                              Deputy Clerk